GILBERT ADRIAN, Respondent, *v.* IRVING UNTERMAN et al., Appellants, et al., Defendants.

Submitted November 23, 1953; decided December 3, 1953.

*John B. Doyle* for motion.

*Archibald Palmer* opposed.

Motion denied. Appellants directed to serve brief, if any, on or before December 28, 1953. Case set down for argument during second week of January, 1954, session of the Court of Appeals. (See *County of Erie* v. *Continental Cas. Co.,* 295 N. Y. 690.)